USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMCHA GRINBLAT, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

FRONTLINE ASSET STRATEGIES, LLC. and LVNV FUNDING, LLC,

        Defendants.

No. 22-cv-4467 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On August 4, 2023, this Court issued an Opinion and Order granting Defendants' motion to dismiss Plaintiff's First Amended Complaint. (ECF No. 23.) The Opinion and Order gave Plaintiff leave to file a first amended complaint by September 5, 2023. (*Id.*) Plaintiff was warned that "[i]f Plaintiff fails to file an Amended Complaint, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice." (*Id.*) As of April 14, 2025, Plaintiff has not filed an amended complaint. Accordingly, it is hereby

    ORDERED that Plaintiff's claims be dismissed with prejudice.

    The Clerk of Court is respectfully directed to terminate the action.

Dated:  April 14, 2025
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1