**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SIMCHA GRINBLAT, *individually and*
*on behalf of all others similarly situated,*

                       Plaintiff,

    -against-                                22 **CIVIL** 4467 (NSR)

                                              **JUDGMENT**

FRONTLINE ASSET STRATEGIES, LLC. and
LVNV FUNDING, LLC.,

                       Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2025, that Plaintiff's claims be dismissed with prejudice.

**Dated:** New York, New York

      April 14, 2025

                                                    **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                           **BY:**

                                                    **Deputy Clerk**